IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

RUTH ANN BROWN                                                                                PLAINTIFF

v.                   No. 2:17-CV-00123-BRW-PSH

NANCY A. BERRYHILL,
**Deputy Commissioner for Operations,
performing the duties and functions
not reserved to the Commissioner of
Social Security**                                                             DEFENDANT

## ORDER

I have reviewed the Recommended Disposition (Doc. No. 21) submitted by United States Magistrate Judge Patricia Harris. No objections have been filed. After careful consideration, the Recommended Disposition is approved and adopted in all respects. Judgment will be entered accordingly.

Accordingly, the Commissioner's decision is AFFIRMED, and Plaintiff Ruth Brown's Complaint (Doc. No. 2) is DISMISSED with prejudice.

IT IS SO ORDERED, this 26th day of November, 2018.

                                           /s/ Billy Roy Wilson _____
                                           UNITED STATES DISTRICT JUDGE