# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

**RUTH ANN BROWN**                                                                                            **PLAINTIFF**

**v.**                              **No. 2:17-CV-00123-BRW-PSH**

**NANCY A. BERRYHILL,**
**Deputy Commissioner for Operations,**
**performing the duties and functions**
**not reserved to the Commissioner of**
**Social Security**                                                                                              **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

IT IS SO ORDERED, this 26th day of November, 2018.


/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE